UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC T. BAKER,

                              Plaintiff,

              -against-

BARACK HUSSEIN OBAMA; JOSEPH
ROBINETTE BIDEN JR.; BELCALIS
ALMÁNZAR; RAMONA MAZUR,

                              Defendants.

1:22-CV-3125 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued July 11, 2022, dismissing this action as frivolous,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as

frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 11, 2022
         New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                         Chief United States District Judge