UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC T. BAKER,

                Plaintiff,

-against-

BARRACK HUSSEIN OBAMA, et al.,

                Defendants.

1:22-CV-3125 (LTS)

BAR ORDER UNDER
28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated October 11, 2022, the Court directed Plaintiff, who appears *pro se*, to show cause by declaration, within 30 days of the date of that order, why the Court should not bar Plaintiff from filing any future submission in this action, with the exception of a notice of appeal. The Court warned Plaintiff that if he failed to submit a declaration within the time directed, or if his declaration did not set forth good cause why such a filing injunction should not be imposed, the Court would bar Plaintiff from filing any future submission in this action, with the exception of a notice of appeal.

      Plaintiff has not filed a declaration as directed. Accordingly, the Court bars Plaintiff from filing any future submission in this action, with the exception of a notice of appeal. *See* 28 U.S.C. § 1651.

## CONCLUSION

      The Court hereby bars Plaintiff from filing any future submission in this action, with the exception of a notice of appeal. *See* 28 U.S.C. § 1651.

      The Court warns Plaintiff that the continued filing of submissions in this action, with the exception of a notice of appeal, may result in the imposition of additional sanctions, including monetary penalties. *See id.*

2

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   January 3, 2023
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge